**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

   **10-md 2184 JW**     **In re: Google Street View**

   **C 10-02187 JW**        **Berlage et al v. Google, Inc.**

   **C 10-04007 HRL**      **Joffe v. Google, Inc.**

        **I find that the above case is related to the case assigned to me. ____JW_____**

   **C 10-04084 PVT**       **Marigza et al v. Google, Inc.**

        **I find that the above case is related to the case assigned to me. ___JW_____**

**ORDER**

      Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.  Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: September 20, 2010      _/s/ James Ware_____
                                       Judge James Ware

## CLERK'S NOTICE

On or before November 8, 2010, Plaintiffs shall file a Master Consolidated Complaint that includes all claims against Defendant Google, both Federal and State. The Court will set an interim Case Management Conference once the Master Consolidated Complaint is filed.

C 10-04007 HRL Joffe v. Google, Inc. and C 10-04084 PVT Marigza et al v. Google, Inc. shall be added as a member cases to C 10-02184 JW In re Google Street View. C 10-02187 JW Berlage et al v. Google, Inc. has previously been added as a member case to C 10-02184 JW In re Google Street View.

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED: ___September 20, 2010__**           **By:** *Elizabeth C Garcia*
                                                  **Deputy Clerk**

Copies to:   Courtroom Deputies
             Case Systems Administrators
             Counsel of Record
Entered into Assignment Program: _____ (date)